Kissam, Deceased, Impleaded with Solomon Hanford and New Netherlands, Theatre Company, Respondents, and New York House Wrecking Company, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Harris Schiff, Appellant, v. Isaac Greenwald and Others, Copartners under the Name of Greenwald, Friedman & Company, Respondents.— Order reversed, without costs, and motion granted on terms stated in order. No opinion.

Adrian H. Muller, Respondent, v. Aristocratic Publishing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William W. Johnston, Appellant, v. John D. Ryan, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Catherine V. Thoma, Appellant, v. Irving Savings Institution and Agnes J. Rodgers, Individually and as Administratrix, etc., of William Rodgers (Sometimes Called William Rogers), Deceased, Respondents, Impleaded with Edward Rodgers, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

United Metals Selling Company, Respondent, v. Samuel Newhouse, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Supplementary Proceedings. Ellis Pettis, Respondent, v. Adolph Schwartz, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted on *Matter of Stoddard* (128 App. Div. 759).

The People of the State of New York ex rel. Henry A. La Chicotte v. Kingsley L. Martin, as Commissioner, etc. (2 cases.)— Motions to dismiss appeals denied, with ten dollars costs, without prejudice to motion to dismiss being made by J. W. Stevenson, as commissioner, etc.

The People of the State of New York ex rel. Antonio Conte v. Joseph I. Berry, Commissioner, etc.— Motion to dismiss appeal granted, with ten dollars costs.

In the Matter of the City of New York. Franklin Bien, Appellant, v. The City of New York, Respondent.— Motion to dismiss appeal granted, with ten dollars costs.

The People of the State of New York v. Thomas Bingham, Jr. (Nos. 1, 2, 3, 4.)— Motions granted, with ten dollars costs, unless appellants comply with terms stated in orders.

Howard Pendleton, Jr., as Receiver, v. Hyman Friedman, Impleaded.— Motion to dismiss appeal granted, with ten dollars costs.

Edward M. Cary v. Elsie H. Cary.— Motion to dismiss appeal granted.

Michael McNamara v. Arthur T. Kemp.— Motion to dismiss appeal granted, with ten dollars costs.

George A. Muir v. Elizabeth M. Muir.— Motion to dismiss appeal granted.

James F. Guilfoyle v. Catherine E. Pierce.— Motion denied, with ten dollars costs.

Frank McNamara v. Erskine Van Houten.— Motion denied.

The People of the State of New York v. Henry Woefel.— Motion to dismiss appeal granted.

John A. Fulton v. Hazel L. Fulton and Others.— Motion to dismiss appeal granted, with ten dollars costs.